*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*
*Civil Division*

c/o Social Security Administration   tel: (212) 264-2524
Office of the General Counsel   fax: (212) 264-6372
6401 Security Boulevard,
Baltimore, MD 21235

June 27, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2023
```

Via CM/ECF

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

   Re: *Vargas Maldonado v. Commissioner of Social Security*
    Civil Action No. 1:23-cv-03532-SDA
    Joint Letter Request for Extension of Deadlines

Dear Judge Aaron:

  This Office represents the Acting Commissioner of Social Security (Commissioner), the Defendant in this matter. We write respectfully with Plaintiff to request an extension of the deadlines for filing the certified administrative record (CAR) and subsequent briefing in the above-referenced Social Security case, pursuant to the Standing Order, *In re Briefing of Social Security Cases*, M 10-46, issued on November 18, 2022 (the Standing Order).

  Pursuant to the Supplemental Rules for Social Security Actions effective December 1, 2022, the certified administrative record (CAR) is presently due to be filed as Defendant's answer by July 3, 2023, Plaintiff's brief is due on August 2, and Defendant's brief is due on September 1. *See* Supp. R 4, 6-8. Due to large caseloads, and in accordance with the Standing Order, the parties have conferred about a proposed modified and comprehensive schedule for future filings in this case. The parties respectfully request that the Court approve the following proposed schedule:

| Document | To be filed no later than |
|---|---|
| CAR | Thursday, August 17 (45 day extension) |
| Plaintiff's Brief | 67 days from the filing of the CAR |
| Commissioner's Brief | 67 days from the filing of Plaintiff's brief |
| Plaintiff's Reply (if any) | 28 days from the filing of Commissioner's brief |

This is the first request for an extension of the filing deadlines in this case.

We thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

BY:   *s/ Victoria S. Treanor*
           Victoria S. Treanor
           Special Assistant U.S. Attorney
           Office of Program Litigation, Office 2
           Office of the General Counsel
           Social Security Administration
           6401 Security Boulevard
           Baltimore, MD 21235
           (212) 264-2524
           victoria.treanor@ssa.gov

           *s/Daniel A. Osborn*
           Daniel A. Osborn
           OSBORN LAW P.C.
           43 West 43rd St., Ste 131
           New York, NY 10036
           (212) 725-9800
           dosborn@osbornlawpc.com

ENDORSEMENT: Application GRANTED. SO ORDERED.
Dated: June 27, 2023

*/s/ Stewart D. Aaron/*