**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Maria Altagracia Vargas Maldonado,

                Plaintiff,                23 **CIVIL** 3532 (SDA)

    -v-                          **<u>JUDGMENT</u>**

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 26, 2024, Plaintiff's motion (ECF No. 14) is DENIED and the decision of the Commissioner is AFFIRMED. See 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:** New York, New York
          April 26, 2024

                                                       **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                       **BY:**         *K. Mango*

                                                         **Deputy Clerk**